# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KHIRY CORDELL SHIHEEM WALKER**                                    **PLAINTIFF**
**ADC #157485**

**v.**                                    **No. 4:23-cv-153-DPM**

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**                          **DEFENDANT**

## JUDGMENT

Walker's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
21 November 2023